1 | LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
2 | JOHN M. NEUKOM (SBN 275887)
john.neukom@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
4 | Palo Alto, California 94301
Telephone:   (650) 470-4500
5 | Facsimile:    (650) 470-4570

6 | ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
8 | Los Angeles, California 90071
Telephone:   (213) 687-5000
9 | Facsimile:    (213) 687-5600

10 | Attorneys for Defendant
RANKWAVE CO., LTD.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | CASE NO.: 19-cv-3738 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| RANKWAVE CO., LTD., a South Korean corporation, | |
| Defendant. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

Please take notice that Defendant Rankwave Co., Ltd. ("Rankwave"), by and through its undersigned attorneys, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of the State of California, County of San Mateo, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a) and 1332(a).

As required by 28 U.S.C. § 1446(a), all process, pleadings, and orders served on Rankwave in the action to date are attached hereto as Exhibit A.

As the requisite "short and plain statement of the grounds for removal," 28 U.S.C. § 1446(a), Rankwave states as follows:

## I.   INTRODUCTION

1. This action arises out of Plaintiff Facebook, Inc.'s ("Facebook") allegations that Rankwave misused data found on Facebook's website in violation of certain terms of Facebook's Terms of Service ("TOS") and Platform Policy. (*See* Ex. A, Compl. ¶ 39.) Despite Facebook failing to adhere to or police its own TOS and Platform Policy prior to the Cambridge Analytica scandal, Facebook itself engaging in far worse conduct than that falsely alleged against Rankwave, and Facebook's own employees expressly approving Rankwave's collection and use of data found on Facebook in an in-person meeting between Rankwave and Facebook on May 12, 2016, Facebook now asserts that it was somehow injured as a result of certain alleged breaches by Rankwave.

2. On May 10, 2019, Facebook filed a civil complaint in the Superior Court of California, County of San Mateo. Facebook asserts claims under California law for breach of contract; breach of the implied covenant of good faith and fair dealing; and unlawful, unfair, or fraudulent business practices. Facebook seeks, among other things, an audit of Rankwave's data, money damages, and disgorgement of the value of the data found on Facebook that Rankwave allegedly received in violation of Facebook's TOS. (*See* Ex. A, Compl. at 10:13-27.)

3. Rankwave now removes this action to this Court pursuant to 28 U.S.C. § 1446.[1] As explained below, this Court has subject matter jurisdiction over all claims due to the diversity of the named parties and pursuant to 28 U.S.C. § 1332(a).

## II.   REMOVAL IS PROPER UNDER DIVERSITY JURISDICTION

4. This civil action falls within the original subject matter jurisdiction of this Court under the diversity jurisdiction doctrine. Pursuant to 28 U.S.C. § 1441(a), a civil action may be removed to the appropriate federal district court if the "district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). A federal district court has original diversity jurisdiction over a civil action where (1) the amount in controversy exceeds $75,000; and (2) the action is between "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2).

5. This action meets both of those requirements, as Facebook and Rankwave are of diverse citizenship and the matter in controversy exceeds, exclusive of interests and costs, $75,000.

6. *Amount in Controversy*. First, Facebook as the plaintiff has already alleged that this action meets the amount-in-controversy requirement of $75,000. *See* 28 U.S.C. § 1332(a). Among other things, Facebook alleges that "Rankwave has been unjustly enriched in the amount of $9,800,000"—Rankwave's alleged sale price in its acquisition by a South Korean entertainment company. (Ex. A, Compl. ¶¶ 24-25, 56; *see also id.* ¶ 6 ("The contractual interest at stake in this litigation has significant value to Facebook.").) Putting aside the legal infirmities and factual inaccuracies with Facebook's "damages" theory, if the sale price were disgorged, the amount in controversy would well exceed $75,000. While Rankwave strongly denies that Facebook is entitled to recover any amount (or any other relief), Facebook plainly seeks to recover an aggregate amount over $75,000.

7. *Diversity of Citizenship*. Second, diversity of citizenship exists between the named parties, as required by 28 U.S.C. § 1332(a)(2).

8. On the one hand—and as alleged by Facebook in its Complaint—Rankwave is and

---

[1] Rankwave's election to remove this case to federal court does not waive a personal jurisdiction defense. *See Maplebrook Townhomes LLC v. Greenbank*, No. 10-CV-03688-LHK, 2010 WL 4704472, at *4 (N.D. Cal. Nov. 12, 2010).

always has been (including both when the state court action was filed and at the time of removal) a citizen of South Korea. *See* 28 U.S.C. § 1332(c). Rankwave is a corporation incorporated in South Korea, with its principal place of business in Seoul, South Korea. (*See* Ex. A, Compl. ¶ 5.) Rankwave has never been a citizen of California, and it has never done business in California.

9. On the other hand—and again as alleged by Facebook—Facebook is a Delaware corporation with its principal place of business in Menlo Park, California. (*See* Ex. A, Compl. ¶ 4.)

10. Thus, this controversy is clearly between "citizens of a State and citizens or subjects of a foreign state . . . ." 28 U.S.C. § 1332(a)(2).

### III. THIS REMOVAL NOTICE IS TIMELY AND SATISFIES ALL PREREQUISITES

11. Facebook filed its Complaint against Rankwave on May 10, 2019, in the Superior Court of the State of California, County of San Mateo, as case number 19CIV02592. Service was effectuated through the South Korean District Court on May 30, 2019. (*See* Ex. A, at 1.) This Notice of Removal is therefore timely because it has been filed within thirty days of Facebook's purported service of the Complaint. *See* 28 U.S.C. § 1446(b).

12. No previous application has been made by Rankwave for this or similar relief.

13. Written notice of the filing of this Notice of Removal will be given to Facebook, the adverse party, as required by 28 U.S.C. § 1446(d).

DATED: June 27, 2019

                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                              By:        */s/ John M. Neukom*
                                                          JOHN M. NEUKOM
                                                      Attorneys for Defendant
                                                     RANKWAVE CO., LTD.