LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JOHN M. NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

Attorneys for Defendant
RANKWAVE CO., LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>RANKWAVE CO., LTD., a South Korean corporation,<br><br>                    Defendant. | CASE NO.: 19-cv-3738<br><br>**DEFENDANT RANKWAVE CO., LTD.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND CIVIL L.R. 3-15** |

1   Defendant Rankwave Co., Ltd. discloses the following information for the limited purpose
2   of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the
3   Northern District of California.
4   Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
5   associations of persons, firms, partnerships, corporations (including parent corporations), or other
6   entities (i) have a financial interest in the subject matter in controversy or in a party to the
7   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
8   substantially affected by the outcome of this proceeding:
9   Rankwave Co., Ltd. is a wholly owned subsidiary of CJ ENM Co., Ltd.  No publicly held
10  company other than CJ ENM Co., Ltd. owns 10% or more of the stock of Rankwave Co., Ltd.
11  DATED:  June 27, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/ John M. Neukom*
JOHN M. NEUKOM
Attorneys for Defendant
RANKWAVE CO., LTD.

**DEFENDANT RANKWAVE'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
**PURSUANT TO FRCP 7.1 AND CIVIL L.R. 3-15**                                                                          **CASE NO. 19-CV-3738**