1  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
2  JOHN M. NEUKOM (SBN 275887)
   john.neukom@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
4  Palo Alto, California 94301
   Telephone:    (650) 470-4500
5  Facsimile:    (650) 470-4570

6  ABRAHAM A. TABAIE (SBN 260727)
   abraham.tabaie@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
8  Los Angeles, California 90071
   Telephone:    (213) 687-5000
9  Facsimile:    (213) 687-5600

10 Attorneys for Defendant
   RANKWAVE CO., LTD.

11

12                      **UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN FRANCISCO DIVISION**

15 FACEBOOK, INC., a Delaware corporation,       CASE NO.: 19-cv-3738-JST

16                         Plaintiff,            **PROOF OF SERVICE**

17              v.

18 RANKWAVE CO., LTD., a South Korean
   corporation,
19
                          Defendant.
20

21

22

23

24

25

26

27

28

---

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Palo Alto, CA 94301; and my email address is alissa.turnipseed@skadden.com.

On June 27, 2019, I served the following document(s) described as:

1. **Notice of Removal (Dkt 1 & 1.1);**

2. **Civil Case Cover Sheet (Dkt 1.1)**

3. **Certificate of Interested Entities (Dkt 2);**

4. **Notice of Judicial Assignment (Dkt 3);**

5. **Notice of Assignment of Case to a United States Magistrate Judge for Trial**

6. **Standing Order for All Judges of the Northern District of California;**

7. **USDC, Northern District of California – ECF Registration Information;**

8. **Magistrate Judge Sallie Kim's Standing Order for Patent Cases;**

9. **Magistrate Judge Sallie Kim's Standing Order;**

On July 2, 2019, I served the following document(s) described as:

1. **Order Setting Initial Case Management Conference and ADR Deadlines (Dkt 4);**

2. **Declination to Proceed before a Magistrate Judge (Dkt 5);**

3. **Clerk's Notice of Impending Reassignment to a U.S. District Court Judge (Dkt 6);**

4. **Order Reassigning Case (Dkt 7);**

5. **Clerk's Notice Setting Case Management Conference (Dkt 8);**

6. **Joint Stipulation to Extend Defendant Rankwave Co., Ltd.'s Time to Answer, Move, or Otherwise Respond to Complaint and to Extend Briefing Schedule; and [Proposed Order] (Dkt 9);**

7. **Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar; and**

8. **Standing Order for all Civil Case Before District Judge Jon S. Tigar**

On July 3, 2019, I served the following document(s) described as:

1. **Joint Stipulation to Extend Defendant Rankwave Co., Ltd.'s Time to Answer, Move, or Otherwise Respond to Complaint and to Extend Briefing Schedule; and Order (Dkt 10)**

1

PROOF OF SERVICE                                                           CASE NO. 19-CV-3738-JST

1 | on the interested parties in this action by placing a true and correct copy of the above documents

2 | addressed as follows:

3

4 | Orin Snyder                                          Ethan Dettmer
Alexander Southwell                                  Kim Do
**GIBSON, DUNN & CRUTCHER LLP**                      **GIBSON, DUNN & CRUTCHER LLP**
5 | 200 Park Avenue                                     555 Mission Street, Suite 3000
New York, NY 10166-0193                              San Francisco, CA 94105-0921
6 | Tel: 212-351-4000                                   Tel: 415-393-8200
Fax: 212-351-4035                                    Fax: 415-393-8306
7 | osnyder@gibsondunn.com                              edettmer@gibsondunn.com
asouthwell@gibsondunn.com                            kdo@gibsondunn.com

8 | ☐        (BY PERSONAL SERVICE HAND DELIVERY)

9 | ☒        (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily
10 |          collection and processing of correspondence for deliveries with the Federal Express
          delivery service and the fact that the correspondence would be deposited with
11 |          Federal Express that same day in the ordinary course of business; on this date, the above-
          referenced document was placed for deposit at Palo Alto, California and placed for
12 |          collection and overnight delivery following ordinary business practices. (AS NOTED)

13 | ☐        (BY MAIL) I am readily familiar with the firm's practice for the collection and processing
          of correspondence for mailing with the United States Postal Service and the fact that the
14 |          correspondence would be deposited with the United States Postal Service that same day in
          the ordinary course of business; on this date, the above-referenced correspondence was
15 |          placed for deposit at Palo Alto, California and placed for collection and mailing following
          ordinary business practices. (AS NOTED)

16

      Executed on July 3, 2019 at Boston, Massachusetts.
17

      I declare under penalty of perjury under the laws of the United States of America that the
18 | above is true and correct.

19

20 | _____
                    Alissa Turnipseed
21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                                                        **CASE NO. 19-CV-3738-JST**