# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 18, 2019 | **Time:** 2:40-3:26 | **Judge:** JON S. TIGAR |
|---|---|---|
| **Case No.:** 19-cv-03738-JST | **Case Name:** Facebook, Inc. v. Rankwave Co., Ltd. | |

**Attorney for Plaintiff:** Alexander Southwell, Kim Do
**Attorney for Defendant:** John Neukom, Abraham Tabaie

**Deputy Clerk:** Doug Merry          **Court Reporter:** Pamela Batalo-Hebel

## PROCEEDINGS

Motion to Dismiss – held.

Counsel argues.

Plaintiff's supplemental brief, no longer than 10 pages, shall be filed no later than September 25, 2019.

Upon submission of the brief, the matter will stand submitted.

If necessary, the Court will reset the case management conference set for September 30, 2019.