GIBSON, DUNN & CRUTCHER LLP
ORIN S. SNYDER (admitted *pro hac vice*)
    osnyder@gibsondunn.com
ALEXANDER H. SOUTHWELL (admitted *pro hac vice*)
    asouthwell@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
    edettmer@gibsondunn.com
KIM DO, SBN 324131
    kdo@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Facebook, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANKWAVE CO., LTD., a South Korean corporation,<br><br>　　　　　　　Defendant. | Case No.: 4:19-cv-03738-JST<br><br>**FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: May 10, 2019<br>Complaint Removed: June 27, 2019<br><br>Trial Date: None set |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties and other than as disclosed by Defendant Rankwave Co., Ltd. in its "Certificate of Interested Entities or Persons" filed on June 27, 2019 (ECF No. 2), there are no additional interested entities or persons to report.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Facebook, Inc., by and through counsel, states that Facebook, Inc. is a non-governmental corporate party and has no parent corporation, and that, to its knowledge, no publicly held corporation owns 10% or more of Facebook, Inc.'s stock as of the date of Facebook's April 12, 2019 Proxy Statement.

Dated: November 20, 2019

> GIBSON, DUNN & CRUTCHER LLP
>
> By: */s/ Ethan D. Dettmer*
>       Ethan D. Dettmer
>
> Attorney for Facebook, Inc.