UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>RANKWAVE CO., LTD.,<br>　　　　　Defendant. | Case No. 19-cv-03738-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 39 |

Before the Court is Plaintiff Facebook, Inc.'s motion to strike. ECF No. 39. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 12, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  February 3, 2020



　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　United States District Judge