UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>RANKWAVE CO., LTD.,<br><br>   Defendant. | Case No. 19-cv-03738-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 52 |

The parties have filed a notice of settlement. ECF No. 52. By July 13, 2020, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on July 28, 2020, at 2:00 p.m. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: May 29, 2020

_____
JON S. TIGAR
United States District Judge