GIBSON, DUNN & CRUTCHER LLP
ORIN S. SNYDER (admitted *pro hac vice*)
  osnyder@gibsondunn.com
ALEXANDER H. SOUTHWELL (admitted *pro hac vice*)
  asouthwell@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
KIM DO, SBN 324131
  kdo@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Facebook, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>RANKWAVE CO., LTD., a South Korean corporation,<br><br>                              Defendant. | Case No.: 4:19-cv-03738-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL WITH PREJUDICE** |

WHEREAS, in January and February 2019, Plaintiff Facebook, Inc. ("Facebook") sent Defendant Rankwave Co., Ltd. ("Rankwave") a request for information ("RFI") and a cease-and-desist letter requesting that Rankwave (i) provide information about whether it complies with Facebook's policies and (ii) allow an audit to confirm Rankwave's compliance, and Rankwave did not affirmatively agree to these requests;

WHEREAS, Facebook filed a lawsuit against Rankwave in the Superior Court for the State of California, San Mateo County, on or about May 10, 2019, asserting a claim for breach of contract and other causes of action ("this Action");

WHEREAS, Rankwave removed this Action to this Court on or about June 27, 2019;

WHEREAS, Facebook contends that it filed this Action, in part, to obtain a court order compelling Rankwave (i) to respond to Facebook's RFI about how Rankwave collected, used, and deleted data obtained from Facebook and (ii) to undergo an audit confirming that Rankwave deleted all data obtained from Facebook;

WHEREAS, Rankwave now has provided detailed written information responsive to Facebook's RFI and underwent an audit to confirm that Rankwave has deleted all data collected from Facebook;

WHEREAS, the parties have reached a settlement to resolve this Action, and part of the settlement includes the entry of a stipulated injunction and the dismissal of this Action with prejudice;

NOW, THEREFORE, Facebook and Rankwave stipulate and agree as follows:

## **STIPULATED INJUNCTION**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to stipulation of the parties, that:

1. Rankwave shall promptly notify all current employees, and take reasonable steps to ensure notification of future employees, of the existence of this stipulated injunction and Rankwave's obligations thereunder.

2. Rankwave and all individuals acting on its behalf shall cease accessing and using Facebook as follows:

    a. Rankwave and all individuals acting on its behalf shall not create, maintain, or have a third party create or maintain, a Facebook account of any kind, or otherwise access Facebook, and shall not create or operate applications on the Facebook Platform.

b.   Rankwave and all individuals acting on its behalf shall not engage in any activity that uses data obtained from Facebook, including offering insights, solutions, "Rankwave Solutions," analyses, tools, or any other type of application or product that uses or is related to Facebook or data obtained from Facebook.

3.     Nothing in this stipulated injunction shall be construed to prohibit any Rankwave employees, contractors, etc. from maintaining a Facebook account for personal use.

4.     The Court retains jurisdiction to enforce this stipulated injunction and the parties' settlement agreement, as well as to resolve any disputes arising under the stipulated injunction and the settlement agreement, and Rankwave agrees to submit to the jurisdiction and forum of this Court solely for such purposes, without waiving its rights to contest personal jurisdiction or to argue *forum non conveniens* in any other proceeding.

### DISMISSAL

Facebook's claims against Rankwave are dismissed with prejudice, and the parties shall bear their own fees and costs, except as previously agreed between the parties.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  June 10, 2020

*/s/ Ethan D. Dettmer*

ETHAN D. DETTMER (SBN 196046)
   edettmer@gibsondunn.com
KIM DO (SBN 324131)
   kdo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

ORIN S. SNYDER (admitted *pro hac vice*)
   osnyder@gibsondunn.com
ALEXANDER H. SOUTHWELL (admitted *pro hac vice*)
   asouthwell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

*Counsel for Plaintiff Facebook, Inc.*

Dated:  June 10, 2020

*/s/ John M. Neukom*

LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
JOHN M. NEUKOM (SBN 275887)
   john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA  94301
Tel.: 650.470.4500
Fax: 650.470.4570

ABRAHAM A. TABAIE (SBN 260727)
   abraham.tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel.: 213.687.5000
Fax: 217.687.5600

*Counsel for Defendant Rankwave Co., Ltd.*

4

1    **IT IS SO ORDERED.**  The Court retains jurisdiction.

2

3    DATED:

4                                             _____
                                             The Honorable Jon S. Tigar
5                                             UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION
AND DISMISSAL WITH PREJUDICE                                    CASE NO. 4:19-CV-3738-JST